UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| DIAMOND HOLLIDAY, | ) | Case No.: 10-CV-05468-LHK |
| Plaintiff, | ) | Revised |
| v. | ) | MINUTE ORDER AND CASE |
| | ) | MANAGEMENT ORDER |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation, and DOES 1-50, | ) ) ) | |
| Defendants. | ) | |

Clerk:  Martha Parker Brown          Plaintiff Attorney: Lance Burrow
Reporter:  Lee-Anne Shortridge       Defendant Attorney: Stephen M. Hayes
Length of hearing: 15 minutes

A case management conference was held on: April 13, 2011 at 2:00 p.m.

The case is hereby referred to Court-sponsored Early Neutral Evaluation, with a deadline of 90 days from April 13, 2011.

FURTHER CASE MANAGEMENT CONFERENCE is set for August 3, 2011 at 2 p.m.

DISCOVERY PLAN: Per Fed. R. Civ. Pro. and Local Rules, subject to any provisions below.

FACT DISCOVERY CUTOFF is September 1, 2011.

EXPERT DISCOVERY:
   Disclosures: September 15, 2011
   Rebuttal disclosures: September 29, 2011
   Cut-off: October 27, 2011.

DISPOSITIVE MOTIONS shall be filed by December 1, 2011, and set for hearing on January 12, 2012 at 1:30 p.m.

PRETRIAL CONFERENCE DATE is February 22, 2012, at 2 p.m.

JURY TRIAL DATE is March 19, 2012, at 9 a.m. in courtroom 4, 5th floor.

TRIAL LENGTH is estimated to be 6 days.

**IT IS SO ORDERED.**

Dated: April 13, 2012

_____
LUCY H. KOH
United States District Judge