1  STEPHEN M. HAYES (SBN 83583)
   shayes@hayesscott.com
2  STEPHEN P. ELLINGSON (SBN 136505)
   sellingson@hayesscott.com
3  CHERIE M. SUTHERLAND
   csutherland@hayesscott.com
4  **HAYES SCOTT BONINO ELLINGSON & McLAY, LLP**
   203 Redwood Shores Parkway, Suite 480
5  Redwood City, CA  94065
   Telephone:  650.637.9100
6  Facsimile:  650.637.8071

7  Attorneys for Defendant
   STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
8

9  LANCE BURROW (SBN 94986)
   lance@burrow-law.com
10 **BURROW & SHIMANE**
   96 North Third Street, Suite 500
11 San Jose, CA 95112
   Telephone:  408.993.8493
12 Facsimile:  408.993.8496

13 Attorney for Plaintiff
   DIAMOND HOLLIDAY
14

15

16                     UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18 DIAMOND HOLLIDAY,                    | CASE NO.   10-CV-05468-LHK

19         Plaintiff,                   | **STIPULATION OF DISMISSAL;**
                                        | [PROPOSED] **ORDER**
20     v.                               | [Fed. Rule Civ. Proc., Rule 41(a)(1)]

21 STATE FARM MUTUAL AUTOMOBILE
   INSURANCE COMPANY, an Illinois
22 Corporation, and DOES 1 – 50,

23         Defendants.

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL - CASE NO. 10-CV-05468-LHK

339869

1    IT IS HEREBY STIPULATED by Plaintiff Diamond Holliday through her attorney of

2  record, Lance Burrow, Esq. of Burrow and Shimane and Defendant State Farm Mutual Automobile

3  Insurance Company through their attorney of record Stephen M. Hayes of Hayes Scott Bonino

4  Ellingson & McLay, LLP, that the above-captioned action be, and hereby is, DISMISSED WITH

5  PREJUDICE pursuant to Federal Rules of Civil Procedure, rule 41(a)(1)  each party to bear its own

6  fees and costs.

7  Dated:  August 8, 2011                    BURROW & SHIMANE

8

9

10                                           By
                                                 LANCE BURROW
                                                 LORI COSTANZO
11                                               Attorneys for Plaintiff
                                                 DIAMOND HOLLIDAY
12

13  Dated:  August 8, 2011                    HAYES SCOTT BONINO ELLINGSON & McLAY, LLP

14

15                                           By /S/ Stephen M. Hayes
                                                 STEPHEN M. HAYES
16                                               CHERIE M. SUTHERLAND
                                                 Attorneys for Defendant
17                                               STATE FARM MUTUAL AUTOMOBILE
                                                 INSURANCE COMPANY

18

19                                  [PROPOSED] ORDER

20        IT IS SO ORDERED.

21

22

23  Dated: August 9  , 2011

24                                           HONORABLE LUCY H. KOH
                                             UNITED STATES DISTRICT COURT
25                                           JUDGE FOR THE NORTHERN DISTRICT
                                             OF CALIFORNIA
26

27

28